HILDA MARKO v. DANIEL QUACKENBUSH, EXECUTOR.

December 20, 1984.

Leave to appeal is granted and the order of the Superior Court, Law Division, is summarily reversed; the matter is remanded to the Law Division for the imposition on defendant Honeywell of sanctions in the form of reasonable counsel fees and costs incurred by plaintiffs in respect of the applications made the trial court, the Appellate Division and to this Court

arising out of the failure of Honeywell to answer interrogatories in a timely fashion.

Jurisdiction is not retained.